RECEIVED AND FILED
CASHIER 2

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO 04 FEB 25 PM 12:43

IN THE MATTER OF:        :
JORGE L. HERNANDEZ COLON  :
VANELIS ORTIZ MARTINEZ    :
                       :
    Debtor(s)           :

DISTRICT OF
PUERTO RICO

CASE NO. 04-01930
Chapter 13

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that the above named Debtor has filed a petition under Chapter 13 of Title 11 United States Code on FEB 2 5 2004

Pursuant to the provisions of 11 USC 362, the filing of the petition by the above-named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor, and of any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

Your are further notified that under Bankruptcy Code, 11 USC 1301, a creditor may not act, or commence or continue any civil action, to collect all or any part of a consumer debt of the debtor from any individual that is liable of such debt with the debtor.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this      FEB 2 5 2004

CELESTINO MATTA- MENDEZ, CLERK
UNITED STATES BANKRUPTCY COURT

by: _____

1930-E

(Official Form 1) (9/97)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF PUERTO RICO | **Voluntary Petition** |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br>*HERNANDEZ COLON, JORGE L.* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br>*ORTIZ MARTINEZ, VANELIS* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE*     01930 |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>6472 | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>8944 |
| STREET ADDRESS OF DEBTOR:<br>*URB. LOS CEDROS*<br>*J-4 CALLE MIRTO*<br>*CAYEY PR 00736*          Ph: | STREET ADDRESS OF JOINT DEBTOR:<br>*URB. LOS CEDROS*<br>*J-4 CALLE MIRTO*<br>*CAYEY PR 00736* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*CAYEY PR 00736* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*CAYEY PR 00736* |
| MAILING ADDRESS OF DEBTOR:<br>*PMB 1288*<br>*PO BOX 6400*<br>*CAYEY PR 00737-6400* | MAILING ADDRESS OF JOINT DEBTOR:<br>*PMB 1288*<br>*PO BOX 6400*<br>*CAYEY PR 00737-6400* |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**VENUE** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[X] Individual(s)        [ ] Railroad<br>[ ] Corporation         [ ] Stockbroker<br>[ ] Partnership         [ ] Commodity Broker<br>[ ] Other _____ | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box)<br>[ ] Chapter 7    [ ] Chapter 11   [X] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business    [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to<br>individuals only).  Must attach signed application<br>for the court's consideration certifying that the<br>debtor is unable to pay fee except in<br>installments.<br>Rule 1006(b).  See Official Form No. 3. |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br>[ ] Debtor is and elects to be considered a small business<br>under 11 U.S.C. S1121(e) (Optional) | |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS:     [X] 1-15
ESTIMATED ASSETS (thousands):   [X] $100,001 to $500,000
ESTIMATED DEBTS (thousands):    [X] $100,001 to $500,000

380186

04 FEB 25 PM 12: 45
RECEIVED AND FILED
RELIEF ORDERED

(Official Form 1) (9/01)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): JORGE L. HERNANDEZ COLON<br>VANELIS ORTIZ MARTINEZ |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   USBC-PR | Case Number:<br>02-04642 ESL | Date Filed:<br>05/02/02 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District:<br>NONE | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Jorge L. Hdz Colon_
Signature of Debtor

X _Vanelis Ortiz Martinez_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
02/23/04
Date

### Signature of Attorney

X _Angel M. Egozcue_
Signature of Attorney for Debtor(s)
ANGEL M. EGOZCUE
Printed Name of Attorney for Debtor(s)
SAME
Firm Name
PO BOX 366087
Address SAN JUAN PR 00936-6087

USDC-PR 105608/(787)781-5635
Telephone Number
FAX (787) 793-8935
Date 02/23/04

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Egozcue_                          02/23/04
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐  Yes, and Exhibit C is attached and made a part of this petition.
☒  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In re  *JORGE L. HERNANDEZ COLON*          Case No. *04-*
      and                        Chapter *13*
    *VANELIS ORTIZ MARTINEZ*

_____ / Debtors

Attorney for Debtor: Angel M. Egozcue

**STATEMENT Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:
1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
   a) For legal services rendered, or to be rendered in contemplation of
      and in connection with this case . . . . . . . . . . . . . . . . . . . . $ 1,500.00
   b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . .   500.00
   c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . .  1,000.00

3. The Filing Fee *has been paid*.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the
      debtor(s) in determining whether to file a petition under Title 11, U.S.C.
   b) Preparation and filing of the petition, schedules, statement of affairs and other
      documents required by the court.
   c) Representation of the debtor(s) at the first meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings,
wages and compensation for services performed, and
    *none other*.

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid
balance remaining, if any, will be from earnings, wages and compensation for services
performed, and *none other*.

7. The undersigned has received no transfer, assignment or pledge of property except the
following for the value stated:
    *None*.

8. The undersigned has not shared or agreed to share with any other entity, other than
with members of the undersigned's law firm, any compensation paid or to be paid except
as follows: *None*.

Dated: *02/23/04*

                                     Respectfully submitted,

Attorney for Petitioner: *Angel M. Egozcue*
                       *PO BOX 366087*
                       *SAN JUAN PR 00936-6087*
                       *USDC-PR 205608/(787)781-5635*

In re: *JORGE L. HERNANDEZ COLON and*
    *VANELIS ORTIZ MARTINEZ*          / Debtors     Case No. *04-*

LIST OF CREDITORS      PAGE 1 of 2

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. 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<br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | 1999<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 1,723.38<br>*Joint Debt |
| 2. Account No. 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<br>BANCO SANTANDER PUERTO RICO<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | 1999<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 1,217.73<br>*Joint Debt |
| 3. Account No. 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<br>BANCO SANTANDER PUERTO RICO<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | 1999<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 4,217.38<br>*Joint Debt |
| 4. Account No. 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<br>COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN PR 00936-3769 | 2001<br>PERSONAL LOAN | $ 5,124.09<br>*Joint Debt |
| 5. Account No. 24300<br>COOP. A/C GUAYNABO<br>PO BOX 1299<br>GUAYNABO PR 00969-1299 | 07/21/01<br>PERSONAL LOAN | $ 14,175.40<br>*Joint Debt |
| 6. Account No. 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<br>EUROBANK<br>PO BOX 191009<br>HATO REY PR 00919-1009 | 2002<br>AUTO LEASE<br>SURRENDERED 08/2003<br>STAY CAN BE LIFTED | $ 32,973.84<br>*Joint Debt |
| 7. Account No. 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<br>ISLAND FINANCE PR, INC.<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | 2000<br>PERSONAL LOAN | $ 1,291.41<br>*Joint Debt |
| 8. Account No. 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<br>JCPENNEY COMPANY, INC.<br>CAPITAL CENTER, SOUTH TOWER, STE 1106<br>239 ARTERIAL HOSTOS AVE.<br>SAN JUAN PR 00918-1477 | 2000<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 2,030.71<br>*Joint Debt |

In re: *JORGE L. HERNANDEZ COLON and*
     *VANELIS ORTIZ MARTINEZ* _____ / Debtors   Case No. *04-*

                        LIST OF CREDITORS        PAGE 2 of 2

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 9. | Account No. 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<br>SALLIE MAE SERVICING<br>220 LASLEY AVE.<br>WILKES BARRE PA 18706 | 1999<br>STUDENT LOAN | $ 17,721.33<br>*Joint Debt |
| 10. | Account No. 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<br>SALLIE MAE SERVICING<br>220 LASLEY AVE.<br>WILKES BARRE PA 18706 | 1997<br>STUDENT LOAN | $ 5,214.34<br>*Joint Debt |
| 11. | Account No. 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<br>SALLIE MAE SERVICING<br>220 LASLEY AVE.<br>WILKES BARRE PA 18706 | 1997<br>STUDENT LOAN | $ 1,061.91<br>*Joint Debt |
| 12. | Account No. 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<br>SEARS ROEBUCK DE PR, INC.<br>PO BOX 71204<br>SAN JUAN PR 00936-7604 | 2000<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 1,536.79<br>*Joint Debt |
| 13. | Account No. 327-50018831<br>DORAL FINANCIAL CORP.<br>1451 F.D. ROOSEVELT AVE.<br>SAN JUAN PR 00920-2717 | 2000<br>MORTGAGE<br>PRIMARY RESIDENCE LOCATED AT:<br>URB. LOS CEDROS, J-4 CALLE MIRTO<br>CAYEY PR 00736<br>Value: $ 180,000.00 | $ 164,937.00<br>*Joint Debt |
| 14. | Account No. 26-011926-03<br>MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA PR 00739-0674 | 10/09/01<br>CONDITIONAL SALES<br>BEDROOM SET ($2,500),<br>MATTRESS SET ($600), TABLE ($400)<br>Value: $ 3,500.00 | $ 3,560.46<br>*Joint Debt |
| 15. | Account No. 522-501470<br>RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 | 11/10/98<br>AUTO LOAN<br>1999 MITSUBISHI MIRAGE<br>Value: $ 9,100.00 | $ 9,131.55<br>*Joint Debt |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In re  *JORGE L. HERNANDEZ COLON*
  and
  *VANELIS ORTIZ MARTINEZ*

Case No. *04-*
Chapter *13*

_____ / Debtors

Attorney for Debtor: Angel M. Egozcue

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $ 180,000.00 | | |
| B - Personal Property | Yes | 3 | $ 19,080.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 1 | | $ 177,629.01 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 88,288.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,940.06 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,365.06 |

Total Number of sheets
in ALL Schedules >  13

Total Assets > $  199,080.00

Total Liabilities > $  265,917.32

In re: *JORGE L. HERNANDEZ COLON and*
 _____*VANELIS ORTIZ MARTINEZ*_____ / Debtors    Case No. *04-*

### SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *PRIMARY RESIDENCE LOCATED AT: URB. LOS CEDROS, J-4 CALLE MIRTO, CAYEY PR 00736* | | J | $ 180,000 | $ 164,937 |
| | | Total | $ 180,000 | |

Schedule A - page 1 of 1

In re: *JORGE L. HERNANDEZ COLON* and
    *VANELIS ORTIZ MARTINEZ*        / Debtors    Case No. *04-*

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location at home | URB. LOS CEDROS J-4 CALLE MIRTO CAYEY PR 00736 | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|---|
| 1. Cash on hand. *CASH* | | | J | $ 40 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. *CHECKING ACCOUNT #1900026376 AT DORAL BANK* | | | J | $ 40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. [x] NONE | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *BEDROOM SET ($2,500), MATTRESS SET ($600), TABLE ($400), LIVING ROOM SET ($1,200), 3 TVS' ($900), STEREO ($200), STOVE ($400), REF. ($400), VCR ($100), MICROWAVE ($100), WASHER ($250), FAN ($100), DRYER ($250), DVD ($200), DINING ROOM SET ($600), A/C ($600)* | | | J | $ 8,800 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. [x] NONE | | | | |
| 6. Wearing apparel. *CLOTHING* | | | J | $ 600 |
| 7. Furs and jewelry. *JEWELRY* | | | J | $ 500 |
| 8. Firearms and sports, photographic, and other hobby equipment. [x] NONE | | | | |
| 9. Interests in insurance policies. [x] NONE | | | | |
| 10. Annuities. [x] NONE | | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. [x] NONE | | | | |

In re: *JORGE L. HERNANDEZ COLON* and
      *VANELIS ORTIZ MARTINEZ*           / Debtors    Case No. *04-*

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
    *1999 MITSUBISHI MIRAGE*                                J     $ 9,100

In re: *JORGE L. HERNANDEZ COLON* and
    *VANELIS ORTIZ MARTINEZ* _____ / Debtors    Case No. *04-*

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

24. Boats, motors, and accessories.
    [x] NONE

25. Aircraft and accessories.
    [x] NONE

26. Office equipment, furnishings, and supplies.
    [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
    [x] NONE

28. Inventory.
    [x] NONE

29. Animals.
    [x] NONE

30. Crops - growing or harvested.
    [x] NONE

31. Farming equipment and implements.
    [x] NONE

32. Farm supplies, chemicals, and feed.
    [x] NONE

33. Other personal property of any kind not already listed.
    [x] NONE

                                          Total     $ 19,080

In re: *JORGE L. HERNANDEZ COLON* and
     *VANELIS ORTIZ MARTINEZ*         / Debtors    Case No. *04-*

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(1): Exemptions provided in 11 USC 522(d).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> *PRIMARY RESIDENCE LOCATED AT: URB. LOS CEDROS, J-4 CALLE MIRTO, CAYEY PR 00736* <br> *11 USC 522(d)(1)* | | *$ 15,063* | *$ 180,000* |
| **Cash on hand** <br> *CASH* <br> *11 USC 522(d)(5)* | | *$ 40* | *$ 40* |
| **Deposits of money with banks, etc** <br> *CHECKING ACCOUNT #1900026376 AT DORAL BANK* <br> *11 USC 522(d)(5)* | | *$ 40* | *$ 40* |
| **Household goods and furnishings** <br> *BEDROOM SET ($2,500), MATTRESS SET ($600), TABLE ($400), LIVING ROOM SET ($1,200), 3 TVS' ($900), STEREO ($200), STOVE ($400), REF. ($400), VCR ($100), MICROWAVE ($100), WASHER ($250), FAN ($100), DRYER ($250), DVD ($200), DINING ROOM SET ($600), A/C ($600)* <br> *11 USC 522(d)(3)* | | *$ 5,300* | *$ 8,800* |
| **Wearing apparel** <br> *CLOTHING* <br> *11 USC 522(d)(3)* | | *$ 600* | *$ 600* |
| **Furs and jewelry** <br> *JEWELRY* <br> *11 USC 522(d)(4)* | | *$ 500* | *$ 500* |

In re: *JORGE L. HERNANDEZ COLON* and
     *VANELIS ORTIZ MARTINEZ*               / Debtors    Case No. *04-*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No. 327-50018831<br>DORAL FINANCIAL CORP.<br>1451 F.D. ROOSEVELT AVE.<br>SAN JUAN PR 00920-2717 | 2000<br>MORTGAGE<br>PRIMARY RESIDENCE LOCATED AT:<br>URB. LOS CEDROS, J-4 CALLE MIRTO<br>CAYEY PR 00736<br>Value: $ 180,000.00 | $ 164,937.00 | $ 0.00<br>*Joint Debt |
| 2. | Account No. 26-011926-03<br>MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA PR 00739-0674 | 10/09/01<br>CONDITIONAL SALES<br>BEDROOM SET ($2,500),<br>MATTRESS SET ($600), TABLE ($400)<br>Value: $ 3,500.00 | $ 3,560.46 | $ 60.46<br>*Joint Debt |
| 3. | Account No. 522-501470<br>RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 | 11/10/98<br>AUTO LOAN<br>1999 MITSUBISHI MIRAGE<br>Value: $ 9,100.00 | $ 9,131.55 | $ 31.55<br>*Joint Debt |

No continuation sheets attached            Subtotal:  $ 177,629.01
                                           Total:  $ 177,629.01

In re: *JORGE L. HERNANDEZ COLON* and
    *VANELIS ORTIZ MARTINEZ* _____ / Debtors   Case No. 04-

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this
Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs
after the commencement of the case but before the earlier of the appointment of a
trustee or the order for relief. 11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay
owing to employees and commissions owing to qualifying independent sales
representatives up to $4000* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately
preceding the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against
the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of
property or services for personal, family, or household use, that were not delivered
or provided. 11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental
units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
System, or their predecessors or successors, to maintain the capital of an insured
depository institution. 11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *JORGE L. HERNANDEZ COLON and*
    *VANELIS ORTIZ MARTINEZ* _____ / Debtors   Case No. *04-*

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1.  Account No. 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<br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | 1999<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 1,723.38<br>*Joint Debt |
| 2.  Account No. 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<br>BANCO SANTANDER PUERTO RICO<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | 1999<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 1,217.73<br>*Joint Debt |
| 3.  Account No. 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<br>BANCO SANTANDER PUERTO RICO<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | 1999<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 4,217.38<br>*Joint Debt |
| 4.  Account No. 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<br>COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN PR 00936-3769 | 2001<br>PERSONAL LOAN | $ 5,124.09<br>*Joint Debt |
| 5.  Account No. 24300<br>COOP. A/C GUAYNABO<br>PO BOX 1299<br>GUAYNABO PR 00969-1299 | 07/21/01<br>PERSONAL LOAN | $ 14,175.40<br>*Joint Debt |
| 6.  Account No. 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<br>EUROBANK<br>PO BOX 191009<br>HATO REY PR 00919-1009 | 2002<br>AUTO LEASE<br>SURRENDERED 08/2003<br>STAY CAN BE LIFTED | $ 32,973.84<br>*Joint Debt |
| 7.  Account No. 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<br>ISLAND FINANCE PR, INC.<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | 2000<br>PERSONAL LOAN | $ 1,291.41<br>*Joint Debt |
| 8.  Account No. 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<br>JCPENNEY COMPANY, INC.<br>CAPITAL CENTER,SOUTH TOWER,SIE<br>239 ARTERIAL HOSTOS AVE.  1106<br>SAN JUAN PR 00918-1477 | 2000<br>ONWARDS<br>CREDIT CARD PURCHASES | $ 2,030.71<br>*Joint Debt |

1 continuation sheet attached           Subtotal:  $ 62,753.94

In re: *JORGE L. HERNANDEZ COLON* and
 *VANELIS ORTIZ MARTINEZ*                                    / Debtors    Case No. *04-*

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 9. | Account No. 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 SALLIE MAE SERVICING 220 LASLEY AVE. WILKES BARRE PA 18706 | 1999 STUDENT LOAN | $ 17,721.33 *Joint Debt |
| 10. | Account No. 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 SALLIE MAE SERVICING 220 LASLEY AVE. WILKES BARRE PA 18706 | 1997 STUDENT LOAN | $ 5,214.34 *Joint Debt |
| 11. | Account No. 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 SALLIE MAE SERVICING 220 LASLEY AVE. WILKES BARRE PA 18706 | 1997 STUDENT LOAN | $ 1,061.91 *Joint Debt |
| 12. | Account No. 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 SEARS ROEBUCK DE PR, INC. PO BOX 71204 SAN JUAN PR 00936-7604 | 2000 ONWARDS CREDIT CARD PURCHASES | $ 1,536.79 *Joint Debt |

Sheet no. 1 of 1

Subtotal:   $ 25,534.37
Total:   $ 88,288.31

In re: *JORGE L. HERNANDEZ COLON* and
     *VANELIS ORTIZ MARTINEZ*           / Debtors    Case No. *04-*

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
| --- | --- |

[X] No executory contracts or unexpired leases.

In re: *JORGE L. HERNANDEZ COLON* and
     *VANELIS ORTIZ MARTINEZ* _____ / Debtors   Case No. *04-*

**SCHEDULE H - CODEBTORS**

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *JORGE L. HERNANDEZ COLON and*
    *VANELIS ORTIZ MARTINEZ*           / Debtors     Case No. *04-*

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| JORGE A. HERNANDEZ ORTIZ | 1Y | SON |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | MANAGER | MANAGER ASSISTANT |
| Name of Employer: | MEGA TRAN INTERNATIONAL CORP. | UNIVERSAL BEAUTY SUPPLIES CORP |
| How Long Employed: | 4 YEARS | 2 YEARS |
| Employer Address: | PO BOX 989 | PLAZA TOWER, SUITE 1201 |
| | SAN LORENZO PR 00754-0989 | 525 FD ROOSEVELT AVE. |
| | | SAN JUAN PR 00918 |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 1,371.16 | $ 2,229.18 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,371.16 | $ 2,229.18 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 169.75 | $ 362.78 |
| b. Insurance | $ 0.00 | $ 127.75 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 169.75 | $ 490.53 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,201.41 | $ 1,738.65 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,201.41 | $ 1,738.65 |
| TOTAL COMBINED MONTHLY INCOME | $ 2,940.06 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    NONE

In re: *JORGE L. HERNANDEZ COLON* and
      *VANELIS ORTIZ MARTINEZ*                              / Debtors    Case No. 04-

### SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,113.07 |
| Are real estate taxes included?   Yes x   No___ | |
| Is property insurance included?   Yes x   No___ | |
| Utilities: Electricity and heating fuel | $ 85.00 |
|      Water and sewer | $ 41.00 |
|      Telephone | $ 50.00 |
|      Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 300.99 |
| Clothing | $ 125.00 |
| Laundry and Dry cleaning | $ 0.00 |
| Medical and Dental expenses | $ 30.00 |
| Transportation (not including car payments) | $ 120.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ 0.00 |
|      Life | $ 0.00 |
|      Health | $ 0.00 |
|      Auto | $ 0.00 |
|      Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | |
|      Auto | $ 0.00 |
|      Other 1999 AUTO MAINTENANCE & LICENSE PLATES | $ 60.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other LUNCH AT WORK | $ 150.00 |
|     BABY SITTER | $ 150.00 |
|     PERSONAL GROOMING | $ 40.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2,365.06 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | |
|---|---:|
| A. Total projected monthly income | $ 2,940.06 |
| B. Total projected monthly expenses | $ 2,365.06 |
| C. Excess income (A minus B) | $ 575.00 |
| D. Total amount to be paid into plan Monthly | $ 575.00 |



Form 34 Cont. (6-90)    Julius Blumberg, Inc. N Y C 10013

In re:  JORGE L. HERNANDEZ COLON          Debtor(s)      Case No.
        VANELIS ORTIZ MARTINEZ                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 14 _____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.            (Total shown on summary page plus 1.)

Date  02/23/04                    Signature: _____
                                                                Debtor

Date  02/23/04                    Signature: _____
                                                        (Joint Debtor, if any)
                                  (If joint case, both spouses must sign.)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re  *JORGE L. HERNANDEZ COLON*                    Case No. *04-*
     and                                       Chapter *13*
*VANELIS ORTIZ MARTINEZ*

_____ / Debtors

Attorney for Debtor: Angel M. Egozcue

### STATEMENT OF FINANCIAL AFFAIRS

<u>1. Income from Employment or Operation of Business.</u>

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

    *DEBTOR'S INCOME*
    Income, year to date: *$ 1,354.49 AS OF 01/31/04*
          Last year: *$16,453.92 2003*
       Year before: *$15,797.44 2002*
       Source(s): *SALARY*

    *SPOUSE'S INCOME*
    Income, year to date: *$ 2,162.51 AS OF 01/31/04*
          Last year: *$26,750.18 2003*
       Year before: *$23,261.37 2002*
       Source(s): *SALARY*

<u>2. Income other than from Employment or Operation of Business.</u>

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

    [X] None

## 3. Payments to Creditors.

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

[X] None

_____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

_____

## 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

[X] None

_____

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

_____

## 5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

Creditor/seller: _EUROBANK_
Address: _PO BOX 191009, SAN JUAN PR 00919-1009_
Date: _08/2003_
Property description: _2001 TOYOTA HIGHLANDER_
Value: _$32,000.00_

_____

6. Assignments and Receiverships.

    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

    [X] None

    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

    [X] None

7. Gifts.

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

    [X] None

8. Losses.

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

    [X] None

9. Payments Related to Debt Counseling or Bankruptcy.

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

             Payee: *Angel M. Egozcue, Esq.*
        Address: *PO BOX 366087*
          Addr2: *SAN JUAN PR 00936-6087, USDC-PR 205608/(787)781-5635*
  Date of payment: *01/30/04*
          Payor: *JORGE L. HERNANDEZ COLON & SPOUSE*
   Payment/Value: *$ 500.00 ATTY. FEES*

## 10. Other Transfers.

List all other property, other than property transferred in the ordinary course of
the business or financial affairs of the debtor, transferred either absolutely or as a
security within one year immediately preceding the commencement of this case.

[X] None

---

## 11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the
benefit of the debtor which were closed, sold, or otherwise transferred within one year
immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions.

[X] None

---

## 12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had
securities, cash, or other valuables within one year immediately preceding the
commencement of this case.

[X] None

---

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of
the debtor within 90 days preceding the commencement of this case.

[X] None

---

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

_____

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I DECLARE UNDER PENALTY THAT I HAVE READ THE ANSWERS CONTAINED IN THE FOREGOING STATEMENT OF FINANCIAL AFFAIRS AND ANY ATTACHMENTS THERETO AND THAT THEY ARE TRUE AND CORRECT.

DATE: 02/23/04      SIGNATURE: _____
                                                   DEBTOR

DATE: 02/23/04      SIGNATURE: _____
                                                   SPOUSE'S

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY. FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO 5 YEARS OR BOTH. 18 U.S.C. SECS. 152 AND 3571.

04-01930

CHAPTER 13 TRUSTEE
PO BOX 70370
SAN JUAN PR 00936-8370

US DEPARTMENT OF JUSTICE
OFFICE OF THE TRUSTEE
F. DEGETAU FED BLDG ROOM 638
CHARDON AVE HATO REY PR 00918

JORGE L. HERNANDEZ COLON
VANELIS ORTIZ MARTINEZ
PMB 1288
PO BOX 6400
CAYEY PR 00737-6400

Angel M. Egozcue , Esq.
PO BOX 366087
SAN JUAN PR 00936-6087
USDC-PR 205608/(787)781-5635

DORAL FINANCIAL CORP.
1451 F.D. ROOSEVELT AVE.
SAN JUAN PR 00920-2717

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA PR 00739-0674

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN PR 00928-1382

BANCO POPULAR DE PUERTO RICO
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO SANTANDER PUERTO RICO
PO BOX 362589
SAN JUAN PR 00936-2589

COMMOLOCO, INC.
PO BOX 363769
SAN JUAN PR 00936-3769

COOP. A/C GUAYNABO
PO BOX 1299
GUAYNABO PR 00969-1299

EUROBANK
PO BOX 191009
HATO REY PR 00919-1009

ISLAND FINANCE PR, INC.
PO BOX 195369
SAN JUAN PR 00919-5369

JCPENNEY COMPANY, INC.
CAPITAL CENTER,SOUTH TOWER STE   1106
239 ARTERIAL HOSTOS AVE.
SAN JUAN PR 00918-1477

SALLIE MAE SERVICING
220 LASLEY AVE.
WILKES BARRE PA 18706

SEARS ROEBUCK DE PR, INC.
PO BOX 71204
SAN JUAN PR 00936-7604

Rev-12-01-03

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JORGE L. HERNANDEZ COLON
VANELIS ORTIZ MARTINEZ

DEBTOR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER 04 - 01930

CHAPTER 13

---

*NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13*

Upon the filing of the instant petition, the items checked were not submitted to the Court:

[  ] Signature (Upon filing)

[  ] Master address list (Upon filing)

[  ] Master address list in Diskette (Upon filing)

[  ] List of creditors (Upon filing)

[  ] Statement of Social Security Number (Form B-21) and/or Employer ID Number (Upon filing)

[  ] Statement disclosing compensation paid or to be paid to the attorney for the debtor Must be submitted upon filing or within 15 days or any other date set by the Court, 11 U.S.C.§329 and Rule 2016 (b), Fed.R Bankr.P.

[  ] Chapter 13 Plan (Must be submitted within 15 days)

[  ] Schedules (Must be submitted with the petition or within 15 days)

[  ] Statement of financial affairs (Official Form 7)
(Must be submitted with the petition or within 15 days . Rule 1007 (b) & (c))

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

In San Juan, Puerto Rico, this _____

FEB 2 5 2004

BY ORDER OF THIS COURT
CELESTINO MATTA-MENDEZ

By:_____
Deputy Clerk