IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>JORGE L. HERNANDEZ COLON<br>VANELIS ORTIZ MARTINEZ<br>  Debtors | CASE NO.  04-01930 ESL<br>CHAPTER 13<br>Asset Case |

# EXPEDITED REQUEST FOR AUTHORIZATION & NOTICE TO SELL PROPERTY PURSUANT TO FRBP 363 & RULE 6004 & REQUEST FOR SHORTENING OF NOTICE PERIOD

TO THE HONORABLE COURT:

COME NOW debtors through the undersigned attorney, and respectfully pray as follows:

1. Debtors have received an offer to sell a real estate property that is located at Urb. Los Cedros, J-4 Calle Mirto, Cayey, Puerto Rico, described in the Spanish language as follows:

> *"URBANA: Parcela identificada en el plano de inscripción como el Solar #4 del Bloque J de la Urbanización Los Cedros, localizada en el Barrio Montellano del término municipal de Cayey, con una cabida superficial de 481.1176 metros cuadrados. En lindes; por el NORTE en una distancia de 28.0164 metros, con la calle #21; por el SUR, en distancia de 19.1901 metros el Solar J-3; por el ESTE, en una distancia de 23.00 metros con el solar J-5; y por el OESTE, en distancia de 28.7022 metros con Plaza Cayey Shooping Center. Enclava en dicho solar una residencia de concreto de una planta. Este solar está afectado por una servidumbre de 1.50 metros a favor de la Puerto Rico Telephone Company, que discurre a todo lo largo de su colindancia Norte.---------------------------------------------*
>
> *–Inscrita al folio 77 del tomo 556 de Cayey, finca 22680, Inscripción 1ra."*

*04-01930 ESL*

*Jorge L. Hernández Colón & Vanelis Ortíz Martínez*                             *Pg. 2*

2. The sale is proposed under the following terms and conditions:

    a.  The sale price offered is $187,500.00 for the purchase of the subject property by Roberto Sandoval Rodríguez who is not related to debtors Attached and marked as **Exhibit #1** is the Contract to Purchase.

    b.  The sale price will be paid in full upon approval of sale.

3. The sale will produce proceeds in the approximate amount of $5,057.26 that will be applied by debtors as needed to attain completion of the Ch. 13 plan.

4.  The Title Search attached and marked **Exhibit #2** herein shows a First Mortgage with Doral Financial Corporation, d/b/a HF Mortgage Bankers.

5.  The payoff balance of the mortgage held by Doral is presently $177,779.76, as appears from the statement attached hereto as **Exhibit #3.**

5.  A Statement of Account issued by CRIM on April 4, 2008 shows property taxes due on the subject property in the amount of $1,093.48 **Exhibit #4.**

6.  The following amounts will be paid from the proceeds of the sale and are necessary for the consummation of the sale:

| Amount | Description |
|---:|---|
| $187,500.00 | **Sale price** |
| 2,069.50 | **Notary fees & costs to seller/debtor** |
| 1,500.00 | **Maintenance fees** |
| 1,093.48 | **Property Taxes** |
| 177,779.76 | **Payoff balance to Doral Financial** |
| $5,057.26 | **Estimated Net Proceeds** |

*04-01930 ESL*
*Jorge L. Hernández Colón & Vanelis Ortíz Martínez*  **Pg. 3**

7. There is an appraisal of the property at $192,000, dated March 08, 2008, which is attached herein as **Exhibit #5.**

8. Request is made for shortening of the notice period from 20 days to 11 days.

**WHEREFORE,** debtors respectfully request that this Court approve the sale under the terms herein stated.

## NOTICE OF OPPORTUNITY FOR HEARING TO ALL CREDITORS

Unless a party in interest files a written objection to the proposed sale, within eleven (11) days from the date of the notice of this Motion, the Court may authorize the sale of the property to the purchaser named above upon the terms specified herein without further notice or hearing.

I HEREBY CERTIFY that this document was filed electronically on this same date using the CM/ECF system which will send notice of such filing to ECF participants: Alejandro Oliveras Rivera, Ch. 13 Trustee, aorecf@ch13sju.com, and that a true copy of this Request has been mailed to the creditors and parties in interest on the attached matrix without exhibits. These exhibits will be available through the Court's electronic imaging within 48 hours of its transmission and/or filing.

DATED: 05/24/08

ANGEL M. EGOZCUE LAW OFFICES
P.O.Box 366087
San Juan, P.R. 00936-6087
Tel: 781-5635 Fax: 793-8193
By:  */s/ Angel Medina Arana*
Angel L. Medina Arana
Attorney for the Above Named Debtors
U.S.D.C.#201408

```
04-01930 ESL                                                         EXHIBIT   1
JORGE L. HERNANDEZ COLON
VANELIS ORTIZ MARTINEZ
```

## BANKERS ONE, INC.

### CONTRATO DE OPCIÓN A COMPRA

---En la ciudad de __Cayey__, Puerto Rico, el día __22__ de __febrero__ del año __2003__.

------COMPARECEN------

---COMO PARTE VENDEDORA: __Jorge Hernandez Colón__, con el número de seguro social _____, mayor de edad, __Casado__ (status civil), _____ (empleo) y vecino de _____, Puerto Rico, y __Vanelis Ortiz Martinez__, con el número de seguro social _____, mayor de edad, __Casada__ (status civil), _____ (empleo) y vecino de _____, Puerto Rico. 

---COMO PARTE COMPRADORA: __Roberto Sandoval Rodriguez__, con el número de seguro social _____, mayor de edad, __soltero__ (status civil), __Doctor__ (empleo) y vecino de __Cayey__, Puerto Rico, y _____, con el número de seguro social _____, mayor de edad, _____ (status civil), _____ (empleo) y vecino de _____, Puerto Rico.

------EXPONEN------

---PRIMERO: La Parte Vendedora es dueña en carácter ganancial en pleno dominio de la siguiente propiedad: __Urb. Los Cedros J-4 Cayey PR. 36-26-see family__.

---Número de Catastro: _____

------TITULOS Y CARGAS------

---SEGUNDO: Dicha propiedad se encuentra gravada por hipoteca a favor de __Doral tiene viuda__ por la cantidad de __($173,000 aprox)__.

---TERCERO: Los comparecientes han convenido en un contrato de opción de compra sobre la propiedad anteriormente descrita, lo cual llevan a cabo bajo los siguientes:

------TÉRMINOS Y CONDICIONES------

---Uno: La PARTE VENDEDORA confiere una opción de compra a la PARTE COMPRADORA sobre la descrita propiedad, por un término de __45 días__ meses.

y

---Dos: De ejercitarse el derecho de opción antes mencionado el precio de venta será la cantidad de $ 187,500.

---Tres: En este acto la PARTE COMPRADORA le entrega a la PARTE VENDEDORA la cantidad de $ 9,375 como parte del precio de venta, de lo cual la PARTE VENDEDORA le otorga formal recibo y eficaz carta de pago con el presente acto.

---Cuatro: De no verificarse la compraventa por culpa o negligencia de la Parte COMPRADORA, dentro del término de esta opción la Parte VENDEDORA retendrá la suma entregada como indemnización.

---Cinco: De no verificarse la compraventa por culpa o negligencia de la Parte VENDEDORA, dentro del término de esta opción la Parte VENDEDORA devolverá la suma entregada, mas cualquier gasto en el cual la Parte COMPRADORA haya incurrido para obtener la propiedad.

---Seis: De la propiedad opcionada encontrarse en tramites de segregación o lotificación la parte VENDEDORA tendrá un termino no mayor a N/A meses desde firmado el presente contrato para finalizar todos los tramites y poder vender la propiedad como finca separada o independiente.

---Siete: La Parte COMPRADORA acepta la propiedad en las condiciones que se encuentra actualmente, incluso con todo tipo de servidumbre o usufructo sobre ella.

---Ocho: La referida propiedad incluye los siguientes enseres y/o propiedad mueble:

---

---Nueve: La parte compradora acepta la propiedad con todos sus derechos, usos y servidumbres, según surge del Registro de la Propiedad.

---Diez: Los gastos de cierre serán pagados por: Comprador

---Once: Los gastos pre-pagados serán pagados por: Comprador

---Doce: Los gastos de honorarios de la Escritura y los sellos del original serán pagados por: Vendedor

---Trece: Los sellos de copias certificadas, copias certificadas, comprobantes y derechos de inscripción de la Escritura en el Registro de la Propiedad correspondiente, serán pagados por: Comprador

---Catorce: De requerirse, las reparaciones solicitadas por el Tasador, como condición para obtener el financiamiento serán por cuenta de: Vendedor

---Quince: Las partes relevan a Bankers One, Inc. de todo tipo de responsabilidad por incumplimiento tanto de la Parte Vendedora o de la Parte Compradora del presente contrato.—————

---Dieciséis: Mientras se verifica la transacción las sumas referidas por concepto de opción de compra en el presente contrato serán custodiadas por Bankers One, Inc. y depositadas en una cuenta especial que para este propósito mantiene Bankers One.———

---Dieciocho: La parte compradora reconoce que Bankers One, Inc. esta actuando como intermediario en la venta y no es responsable por defectos de construcción, vicios ocultos, funcionamiento de bienes muebles y enseres del hogar o comerciales, instalaciones sanitarias, de plomería o eléctricas, o cualquier otro defecto, y que ha sido informado sobre el derecho y conveniencia de utilizar los servicios de un profesional para inspeccionar la propiedad.—————

---TAL ES el acuerdo a que han llegado las partes y suscriben el presente documento por contener fielmente lo pactado, hoy 22 - Abl - 03.

_____  _____
VENDEDOR                   COMPRADOR

_____  _____
VENDEDOR                   COMPRADOR

# BANKERS TITLE

## ESTUDIO DE TITULO

119418

**CLIENTE** : POPULAR MORTGAGE

**RE** : ROBERTO SANDOVAL RODRIGUEZ/897093-2/

**FINCA** : Número 22680, inscrita al folio 77 del tomo 556 de Cayey. Registro de la Propiedad de Caguas, Sección I.

**DESCRIPCION:**
URBANA: Parcela identificada en el plano de inscripción como el Solar #4 del Bloque J de la Urbanización Los Cedros, localizada en el Barrio Montellano del término municipal de Cayey, con una cabida superficial de 481.1176 metros cuadrados. En lindes; por el NORTE en una distancia de 28.0164 metros, con la Calle #21; por el SUR, en una distancia de 19.1901 metros, con el Solar J-3; por el ESTE, en una distancia de 23.00 metros, con el Solar J-5; y por el OESTE, en una distancia de 28.7022 metros, con Plaza Cayey Shopping Center. Enclava en dicho solar una residencia de concreto de una planta. Este solar está afectado por una servidumbre de 1.50 metros a favor de la Puerto Rico Telephone Company, que discurre a todo lo largo de su colindancia Norte.

**TRACTO REGISTRAL:**
Se segrega de la finca 20681, inscrita al folio 67 del tomo 553 de Cayey.

**DOMINIO:**
Consta inscrita a favor de JORGE LUIS HERNANDEZ COLON y su esposa VANELIS ORTIZ MARTINEZ quienes adquieren por compra que le hicieran a Energreen Properties, Inc., por el precio de $154,900.00, según consta de la escritura #34, otorgada en San Juan el 29 de mayo de 2001, ante el notario Eduardo E. Ortiz Rivera, inscrita al folio 77 del tomo 556 de Cayey, finca 22680, inscripción 1ra.

**GRAVAMENES:**
Afecta por su procedencia a servidumbre a favor de: Autoridad de Energía Eléctrica, Autoridad de Acueductos y Alcantarillados, Puerto Rico Telephone Company, Condiciones Restrictivas de Edificación y Uso. Cayey Sugar Company Central Cayey, Inc., Arrendamiento ya vencido a favor de Corp., Agrícola del Monte y Espinosa de Cayey S en C.

**POR SI:**
HIPOTECA en garantía de un pagaré a favor de DORAL FINANCIAL CORP., haciendo negocios como H.F. Mortgage Bankers, o a su orden por la suma de $152,453.00, con intereses al 7% anual y vencedero el 1 de julio de 2031, según consta de la escritura #35, otorgada en San Juan el 29 de junio de 2001, ante el notario Eduardo E. Ortiz Rivera, inscrita al folio 77 del tomo 556 de Cayey, finca 22680, inscripción 2da.

**REVISADOS:**
Registro de Embargos, Contribuciones Federales, Sentencias y Bitácora Electrónica.

10 de marzo de 2008
A/V/UQ

BALANCE DE CANCELACION

Doral Bank
1451 Fd Roosevelt Ave.
San Juan, Puerto Rico 00920-2717

March 06, 2008
Cl Personal
Jorge L Hernandez Colon
Vanelis Ortiz Martinez

Cm Pmb 1288
Po Box 6400
Cayey, PR 00737

Núm. de Préstamo:    0050018831
Tipo de Préstamo:    FHA
Inversionista: T03 Cat: 001
Cantidad Original:$ 152,453
Núm. de FHA/Sec:    501-6166172/703
Dirección de Propiedad:

RE:
Jorge L Hernandez Colon                  J04 Lo S Cedros En Cay
Vanelis Ortiz Martinez                   Cayey PR 00736
PO Box 6400
Cayey PR 00737

```
        **************************************************
        *   EL DINERO PARA CANCELAR ESTE PRÉSTAMO, DEBERÁ *
        *     SER RECIBIDO MEDIANTE CHEQUE CERTIFICADO    *
        **************************************************
```

Las cantidades son válidas hasta March 31, 2008.
Su próximo pago vence en November 01, 2005
Balance de Principal actual es:                   $     145,055.51
Intereses al   7.00000%                                  25,384.80
Reserva/Impound Overdraft                                 2,297.36
Pro Rata MIP                                                115.14
Cargos por NSF                                               10.00
Otros cargos                                                 30.00
Envio Documentos                                             10.00
Recargo Corriente                                         1,419.95
Gastos Legales                                            1,067.00
Recoverable Corporate Advance                             2,390.00
 * * * * CANTIDAD TOTAL PARA CANCELAR SU PRÉSTAMO * * * * $ 177,779.76
El interés por día basado en el balance de principal es $ 27.82
Esto no aplica a préstamos FHA y Farmer Home.

Estos números estan sujetos a verificación final por la institución.
Las cantidades pueden ser ajustadas si un cheque recibido anteriormente
es rechazado por la institución que lo emite.


Recuerde cancelar el Servicio de Pago Directo si su intención es cancelar
su préstamo.

La emisión de este balance no cancela el contrato de requerimiento de los
pagos de su préstamo una vez vencidos. Un recargo de $ 40.57 puede ser
añadido al balance de cancelación si su pago es recibido posterior al
periodo de gracia.

Si su propiedad fue vendida, por favor déjenos saber la dirección del
vendedor.
El balance no es válido sin firma autorizada.
PREPARADO Y REVISADO POR:

04-01930 ESL
JORGE L HERNANDEZ COLON
VANELIS ORTIZ MARTINEZ

Case:04-01930-ESL13 Doc#:113 Filed:05/26/08 Entered:05/26/08 09:35:29 Desc: Main
Document Page 9 of 18

EXHIBIT 4

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES**

**ESTADO DE CUENTA / STATEMENT OF ACCOUNT**

Fecha Impresion: 04/04/2008
Hora Impresion: 3:17:04PM

Fecha de Intereses/Descuento
Int/Disc Date: 04/04/2008

Certificate # 317355

| Número de Catastro (Pin Number) | Número de Prestamo (Loan Number) | HIP MTG ID | Municipio (Municipality) | |
|---|---|---|---|---|
| 299-099-684-40-000 | | | 70 | |

| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|
| 2008-I | 01/01/2008 | 81.02 | 0.00 | 0.00 | 0.09 | 0.00 | 81.11 |
| 2008-I | 01/07/2007 | 81.05 | 0.00 | 0.00 | 4.17 | 8.11 | 93.33 |
| 2007-IS | 01/03/2007 | 162.07 | 0.00 | 0.00 | 13.76 | 16.21 | 192.04 |
| 2003-IS | 01/03/2007 | 153.38 | 0.00 | 0.00 | 13.03 | 15.34 | 181.75 |
| 2004-IS | 01/03/2007 | 153.38 | 0.00 | 0.00 | 13.03 | 15.34 | 181.75 |
| 2005-IS | 01/03/2007 | 153.38 | 0.00 | 0.00 | 13.03 | 15.34 | 181.75 |
| 2006-IS | 01/03/2007 | 153.38 | 0.00 | 0.00 | 13.03 | 15.34 | 181.75 |
| **Grand Total** | | **937.66** | **0.00** | **0.00** | **70.14** | **85.68** | **1,093.48** |

Total Adeudado Al CRIM: 1,093.48

Esta certificación no sera oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es valida para gestiones de cobro.

Esta Certification no incluye deudas por mejoras que estuvieran sin tasar.

Si mediante Investigación realizada posteriormente se comprueba que esta propiedad no reune los requisitos para disfrutar de la Exención y/o Exoneración, se pondran al cobro las Notificaciones Retroactivas para los años correspondientes.

**Direccion Postal / Postal Address**

HERNANDEZ COLON JORGE L

URB LOS CEDROS
J-4
CAYEY PR 00736

**Localización de la Propiedad / (Property Location)**

MANSIONES DE LOS CEDROS J 4
CAYEY



v 3.07
Fecha Data: 04/04/2008
Page 1 of 1

Fecha Impresion: 4/4/2008
Hora Impresion: 3:17:56PI

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

**CERTIFICACIÓN DE VALOR / VALUE CERTIFICATE**

1. La propiedad localizada en / The property located at:

    . MANSIONES DE LOS CEDROS J 4
    CAYEY

    se identifica para fines catastrales con el número:  299-099-684-40-000
    is identified as Parcel Number:

2. Esta propiedad esta valorada de la siguiente manera:
    The property is currently valued as follows:



    | | |
    |---|---:|
    | Tierra/Land | $4,330.00 |
    | Estructura/Structures | $12,407.00 |
    | Maquinaria/Machinery | $0.00 |
    | Total Assessed Value | $16,737.00 |

3. Esta propiedad tiene una cabida de:
    The property land size is:    481.110    Units: M

4. A esta propiedad, y/o a su dueño, se le concedió una exención contributiva de $0

    This property, and/or its current owner, has been granted a value exemption of $0

5. A esta propiedad, y/o a su dueño, se le concedió una exoneración contributiva de $15,000 en virtud de la Ley número Ley - 83

    This property, and/or its current owner, has been granted a value exoneration from taxes for $15,000 as described in Puerto Rican Law Number Ley - 83

6. Esta propiedad figura en el Certificado y Lista de Tasación a nombre de:

    HERNANDEZ COLON JORGE L

    The current owner on the Tax Roll is:

    HERNANDEZ COLON JORGE L

    Fecha: **4/4/2008**
    Date: DD/MM/CCYY

    _____
    Representante Autorizado de CRIM

Ver. 1.04

ESTA CERTIFICACIÓN NO SERA OFICIAL SIN EL IMPORTE DE $2.50 EN ESTAMPILLAS EMITIDAS POR EL CRIM

Mario Sierra & Associates  File No. 897093-2

**Summary Appraisal Report**

# Uniform Residential Appraisal Report

897093-2
File # MSF-010172

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address | J-5, 21 STREET, MANSIONES DE LOS CEDROS DEV. City CAYEY State PR Zip Code 00736 |
| Borrower | ROBERTO SANDOVAL RODRIGUEZ Owner of Public Record JORGE HERNANDEZ COLON County CODE 035 |
| Legal Description | N- 21 STREET.; S- LOT J-3; E- LOT J-5; W- PLAZA CAYEY SHOPPING CENTER. |
| Assessor's Parcel # | 299-099-684-40-000 Tax Year 2008 R.E. Taxes $ 00.00 |
| Neighborhood Name | MANSIONES DE LOS CEDROS DEV. Map Reference 41980 Census Tract 2601.00 |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant Special Assessments $ 0.00 ☐ PUD HOA $ 80.49 ☐ per year ☒ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) |
| Lender/Client | Popular Mortgage, Inc. Address ALTAMIRA POPULAR CENTER # 1901 AVE. JESUS T. PIÑERO, SAN JUAN, PR 00920 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). SUBJECT PROPERTY WAS ON ACTIVE MARKET FOR THE PAST 3 MONTHS.

☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. SUBJECT WAS OPTIONED FOR $187,500 SINCE FEBRUARY 22, 2008 WITH A $9,375 DEPOSIT AND 45 DAYS FOR CLOSING.

Contract Price $ 187,500 Date of Contract 2/22/2008 Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) TITLE SEARCH
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| | | | | |
|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE $ (000) | AGE (yrs) | One-Unit 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | 150 Low 3 | | 2-4 Unit 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 300 High 15 | | Multi-Family 5 % |
| Neighborhood Boundaries SR 184 & EXPRESSWAY TO THE NORTH; SR 742 TO THE SOUTH; SPARCELY DEVELOP AREA TO THE EAST AND SR NO. 1 TO THE WEST. | | 200 Pred. 10 | | Commercial 0 % Other 05 % |

Neighborhood Description MANSIONES DE LOS CEDROS CONSIST PRIMARILY OF DETACHED, SINGLE-FAMILY DWELLINGS. THERE IS GOOD ACCESS TO MAIN TRAFFIC ARTERIES OF CAYEY, INCLUDING SR NO. 1 WICH CONNECTS TO LAS AMERICAS EXPRESSWAY. ADEQUATE AMENITIES, SUCH AS PUBLIC TRANSPORTATION, SCHOOLS, SHOPPING, HOSPITALS, RECREATION AND EMPLOYMENT CENTERS, ARE AVAILABLE WITHIN CONVENIENT SHORT DRIVING DISTANCE IN CAYEY.

Market Conditions (including support for the above conclusions) THIS IS AN ACTIVE MARKET. TYPICAL FINANCING IS READILY AVAILABLE FROM NUMEROUS COMMERCIAL, MORTGAGE AND SAVINGS BANKS. UNDER CURRENT MARKET CONDITIONS, SALE OR FINANCING CONCESSIONS ARE NOT REQUIRED. UNFAVORABLE MARKET CONDITIONS WERE NOT PRESENT AT THE TIME OF THE INSPECTION. AVERAGE MARKETING TIME IS BETWEEN THREE TO SIX MONTHS PERIOD.

Dimensions N:28.014 MT, E: 19.191 MT, S: 23.00 MT; W: 28.7922 MTS   Area 481.1175 SQ. MTS.   Shape RECTANGULAR   View AVG. TO OTHER HOUSES
Specific Zoning Classification R-3   Zoning Description RESIDENTIAL
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe N/A

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ TELEPHONE | Water | ☒ | | Street ASPHALT | ☒ | |
| Gas | ☐ | | Sanitary Sewer | ☒ | | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 72000C1196H   FEMA Map Date 4/19/2005
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
NORMAL UTILITY EASEMENTS.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls RC/AVG. | Floors CT/AVG. |
| # of Stories ONE | ☐ Full Basement ☐ Partial Basement | Exterior Walls CB; PLASTER/AVG. | Walls CP/AVG. |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area NONE sq.ft. | Roof Surface CONC./AVG. | Trim/Finish CP/AVG. |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish N/A % | Gutters & Downspouts PVC PIPES/AVG. | Bath Floor CT/AVG. |
| Design (Style) TROPICAL | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type GL JALS/AVG. | Bath Wainscot CT/AVG. |
| Year Built 2002 | Evidence of ☐ Infestation NO EVID. | Storm Sash/Insulated NONE/NONE | Car Storage ☐ None |
| Effective Age (Yrs) 3 | ☐ Dampness ☐ Settlement | Screens ALUM/AVG. | ☒ Driveway # of Cars TWO |
| Attic ☒ None | Heating ☐ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface CONCRETE |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel | ☐ Fireplace(s) # ☒ Fence | ☐ Garage # of Cars |
| ☐ Floor ☐ Scuttle | Cooling ☐ Central Air Conditioning | ☒ Patio/Deck ☒ Porch ENTRY | ☒ Carport # of Cars TWO |
| ☐ Finished ☐ Heated | ☒ Individual WALL ☐ Other | ☐ Pool ☐ Other | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) PERSONAL PROPERTY.
Finished area above grade contains: 6 Rooms   3 Bedrooms   2 Bath(s)   1,320 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). SECURITY GRILLES, CYCLONE FENCES, A 27-SF ENTRY PORCH, WALKS AND PAVED AREAS.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). THE IMPROVEMENTS WERE IN AVERAGE CONDITION SUFFERING FROM NORMAL PHYSICAL DEPRECIATION. THERE WERE NO FUNCTIONAL OR ECONOMIC INADEQUACIES NOTED.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
No liability is assumed for the structural or mechanical elements of the subject structure and its is assumed, that it complies with the required building codes.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Freddie Mac Form 70 March 2005   Page 1 of 6   Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 6970913-2

## Uniform Residential Appraisal Report

File # MSF-010172

There are 3 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 185,000 to $ 210,000.
There are 6 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 163,000 to $ 192,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | J-24, 21 STREET MANSIONES DE LOS CEDROS DEV | O-7, YAGRUMO STREET MANSIONES DE LOS CEDROS DEV | | C-9, LIMONSILLO STREET EL ROCIO DEVELOPMENT | | H-5, ROGONIA STREET ESTANCIAS DE MONTE RIO DEV. | |
| Proximity to Subject | | .10 OF A MILE | | .69 OF A MILE | | 2.3 MILES | |
| Sale Price | $ 187,500 | | $ 190,000 | | $ 186,000 | | $ 192,000 |
| Sale Price/Gross Liv. Area | $ 142.05 sq.ft. | $ 142.64 sq.ft. | | $ 138.57 sq.ft. | | $ 178.11 sq.ft. | |
| Data Source(s) | | PR COMP SALES DTA | | PR COMP SALES DTA | | PR COMP SALES DTA | |
| Verification Source(s) | | LENDER/FELLOP APPRIASER | | LENDER/FELLOP APPRIASER | | LENDER/FELLOP APPRIASER | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | NONE RPTD | | NONE RPTD | | NONE RPTD | |
| Date of Sale/Time | | 6/11/2007 | | 8/20/2007 | | 3/31/2007 | |
| Location | URBAN/AVG | URBAN/AVG | | URBAN/AVG | | URBAN/AVG | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 481 SQ. MTS. | 345 SQ MTS | +4,975 | 350 SQ MTS | +4,350 | 345 SQ MTS | +4,975 |
| View | AVG. TO OTHER HO | AVG. OTHER HOUSES | | AVG. OTHER HOUSES | | AVG. OTHER HOUSES | |
| Design (Style) | TROPICAL | TROPICAL/AVG. | | TROPICAL/AVG. | | TROPICAL/AVG. | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 6 | 6 | | 10 | | 3 | |
| Condition | AVERAGE | SUPERIOR | -3,000 | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  2 | 7  3  2 | | 8  4  2 | | 6  3  2 | |
| Gross Living Area | 1,320 sq.ft. | 1,332 sq.ft. | | 1,347 sq.ft. | -1,350 | 1,078 sq.ft. | +12,100 |
| Basement & Finished Rooms Below Grade | NONE N/A | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | WH/WALL A/C | NONE/WALL A/C | | NONE/WALL A/C | | NONE/SPLIT A/C | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2 CAR CARPORT | 2 CAR CARPORT | | 2 CAR CARPORT | | 2 CAR GARAGE | |
| Porch/Patio/Deck | P.A. IGLLS FNC, ENTRY WALKS | CLO, P.A I.G,FNC,ENT PCH/SIMILAR | | P.A.IGLLS,FNC PORCH WALKS/SIMILAR | | P.A., BTH,FNC I.G,ENT, RC TERRACE/SUP. | -15,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 1,975 | ☒ + ☐ - | $ 3,000 | ☒ + ☐ - | $ 2,075 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.0 % Gross Adj. 4.2 % | $ 191,975 | Net Adj. 1.6 % Gross Adj. 3.0 % | $ 191,000 | Net Adj. 1.1 % Gross Adj. 16.7 % | $ 194,075 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) PUBLIC RECORDS, LUIS ABREU DATA SYSTEM AND EZZ TRAXX DATA, TITTLE SEARCH
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) PUBLIC RECORDS, LUIS ABREU DATA SYSTEM AND EZZ TRAXX DATA
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NONE IN THE PAST | NONE KNOWN | NONE KNOWN | NONE KNOWN |
| Price of Prior Sale/Transfer | THREE YEARS | IN THE PAST YEAR | IN THE PAST YEAR. | IN THE PAST YEAR |
| Data Source(s) | TITTLE SEARCH | EZ TRAXX;PR COMP. SALES | EZ TRAXX;PR COMP. SALES | EZ TRAXX;PR COMP. SALES |
| Effective Date of Data Source(s) | 3/11/2008 | 3/11/2008 | 3/11/2008 | 3/11/2008 |

Analysis of prior sale or transfer history of the subject property and comparable sales  OUR ANALYSIS DID NOT REVEAL ANY PRIOR SALES OF THE COMPARABLE SALES IN THE THE LAST YEAR OR THE SUBJECT PROPERTY IN THE LAST THREE YEARS.

Summary of Sales Comparison Approach  FOLLOWING A THOROUGH MARKET SEARCH OF ALL CURRENT DATA SOURCES, THE SALES DISPLAYED REPRESENT THE MOST RECENT AND COMPATIBLE DEVELOPED. ADJUSTMENTS WERE MADE TO COMPENSATE FOR DIFFERENCES IN GLA AT $50/SF; SITES WERE ESTIMATED AT $125/SM FOR ALL THREE SALES; OTHER ITEMS AS EACH CONTRIBUTES TO VALUE DUE TO THE LACK OF ABUNDANT MARKET DATA SALED USED WERE OVER THE SIX MONTHS PERIOD. COMPARABLE SALE NO. 1, THE MOST RECENT FROM THE SAME DEVELOPMENT RECEIVED THE MOST WEIGHT IN THE RECONCILIATION.

Indicated Value by Sales Comparison Approach $ 192,000
Indicated Value by: Sales Comparison Approach $ 192,000  Cost Approach (if developed) $ 183,000  Income Approach (if developed) $ N/A
AFTER ANALYZING THE INFORMATION PRESENTED ABOVE, PLACING GREATER EMPHASIS ON THE SALES COMPARISON APPROACH, WHICH BEST REFLECTS THE MARKET ACTIONS OF BUYERS AND SELLERS, THE FINAL VALUE INDICATED FOR THE SUBJECT PROPERTY WAS CONSIDERED RELIABLE.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 192,000 , as of MARCH 8, 2008 , which is the date of inspection and the effective date of this appraisal.

File No. 897093-2

# Uniform Residential Appraisal Report

897093-2
File # MSF-010172

**ADDITIONAL COMMENTS**

APPRAISAL REPORT RELIES ON THE PROFESSIONAL ASSISTANCE PROVIDED BY MR. FARID KHALIL, WHO MADE THE INSPECTION AND THE MARKET RESEARCH. AVERAGE MARKETING TIME OF THE SUBJECT PROPERTY IS BETWEEN 3 TO 6 MONTHS.

Appraisal report was made for the use of Popular Mortgage Inc, for a mortgage loan process ; other uses are not intended by the appraiser.

---

**COST APPROACH**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  Cost developed from Marshall and Swift Valuation Service and estimates by local contractors.

| | |
|---|---|
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............ =$ 48,100 |
| Source of cost data: LOCAL BUILDERS' FIGURES | DWELLING 1,320 Sq.Ft. @ $ 90.00 =$ 118,800 |
| Quality rating from cost service  Effective date of cost data 12/2005 | Sq.Ft. @ $ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | I.G, FNCS,P.A, PCH,WALKS =$ 7,500 |
| SITE VALUE WAS ESTIMATED AT $100/SM | Garage/Carport 347 Sq.Ft. @ $ 35.00 =$ 12,145 |
| PLEASE REFER TO ATTACHED SKECTH. | Total Estimate of Cost-New =$ 138,445 |
| | Less   Physical   Functional   External |
| | Depreciation 6,922 =$( 6,922) |
| | Depreciated Cost of Improvements =$ 131,523 |
| | "As-is" Value of Site Improvements =$ 3,377 |
| Estimated Remaining Economic Life (HUD and VA only) 67 Years | INDICATED VALUE BY COST APPROACH =$ 163,000 |

**INCOME**

Estimated Monthly Market Rent $ N/A  X Gross Rent Multiplier N/A = $ N/A  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)  THE LACK OF SALES OF RENTED UNITS WITH ENFORCED LEASE CONTRACTS MAKES MEANINGFUL RENTAL AND GRM CONCLUSIONS NEARLY IMPOSSIBLE, THEREFORE, THE IA WAS NOT APPLIED.

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases  Total number of units  Total number of units sold
Total number of units rented  Total number of units for sale  Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source:
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

---

Freddie Mac Form 70 March 2005   Page 3 of 6   Fannie Mae Form 1004 March 2005

File No. 897093-2

# Building Sketch

| Borrower/Client | ROBERTO SANDOVAL RODRIGUEZ | | | | |
|---|---|---|---|---|---|
| Property Address | J-4, 21 STREET, MANSIONES DE LOS CEDROS DEVELOPMENT | | | | |
| City CAYEY | | County CODE 036 | | State PR | Zip Code 00736 |
| Lender Popular Mortgage, Inc. | | | | | |



Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1319.73 | 1319.73 |
| P/P | ENTRY | 27.36 | 27.36 |
| GAR | CARPORT AREA | 346.50 | 346.50 |

TOTAL LIVABLE (rounded)  1320

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 23.6 | x | 33.9 | 788.60 |
| 1.2 | x | 7.3 | 8.58 |
| 1.2 | x | 8.4 | 9.85 |
| 12.7 | x | 32.6 | 413.79 |
| 6.0 | x | 15.0 | 88.92 |

5 Calculations Total (rounded)  1320

Form SKT.BldSkl — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

```
Label Matrix for local noticing          DEPARTAMENTO DE HACIENDA              DORAL FINANCIAL CORPORATION
0104-3                                    PO BOX 9024140                        C/O SERGIO RAMIREZ DE ARELLANO ESQ
Case 04-01930-ESL13                       OFICINA 424-B                         PO BOX 9024253
District of Puerto Rico                   SAN JUAN, PR 00902-4140               SAN JUAN, PR 00902-4253
Old San Juan
Wed Apr 23 13:32:19 AST 2008

DORAL/HF FINANCIAL CORP.                  (p)INTERNAL REVENUE SERVICE           NCO FINANCIAL SYSTEMS INC
FORECLOSURE AND BANKRUPTCY DEPARTMENT     CENTRALIZED INSOLVENCY OPERATIONS     ATTN CLAIMS PROCESSING UNIT
PO BOX 71528                              PO BOX 21126                          1804 WASHINGTON BLVD 500
SAN JUAN, PR 00936-8628                   PHILADELPHIA PA 19114-0326            BALTIMORE, MD 21230-1700


PR DEPARTMENT OF LABOR                    RELIABLE FINANCIAL SERVICES           ROUNDUP FUNDING LLC
PRUDENCIO RIVERA MARTINEZ BLDG            CARLOS E PEREZ PASTRANA               MS 550
505 MUNOZ RIVERA AVENUE                   PO BOX 21382                          PO BOX 91121
12 FLOOR                                  SAN JUAN, PR 00928-1382               SEATTLE, WA 98111-9221
SAN JUAN, PR 00918


US TRUSTEE                                VATIV                                 US Bankruptcy Court District of P.R.
EDIFICIO OCHOA                            AGENT FOR PALISADES COLLECTION        U.S. Post Office and Courthouse Building
500 TANCA STREET SUITE 301                PO BOX 19249                          300 Recinto Sur Street, Room 109
SAN JUAN, PR 00901-1938                   SUGAR LAND, TX 77496-9249             San Juan, PR 00901-1964


AMS/BANK ONE                              BANCO POPULAR                         BANCO POPULAR DE PUERTO RICO
C/O SALLIE MAE INC                        PO BOX 366818                         PO BOX 366818
220 LASLEY AVE                            SAN JUAN, PR  00936-6818              SAN JUAN, PR  00936-6818
WILKES BARRE, PA 18706-1430


BANCO SANTANDER DE PR                     BANCO SANTANDER PUERTO RICO           CITIBANK USA NA-SEARS
PO BOX 362589                             PO BOX 362589                         PO BOX 71204
SAN JUAN, PR  00936-2589                  SAN JUAN, PR  00936-2589              SAN JUAN, PR  00936


COMMOLOCO INC                             COOP A/C GUAYNABO                     COOP A/C GUAYNABO
PO BOX 363769                             MARIA ELISA SANTIAGO                  PO BOX 1299
SAN JUAN, PR  00936-3769                  PO BOX 25249                          GUAYNABO, PR 00970-1299
                                          SAN JUAN, PR  00928-5249


DEPARTMENT OF TREASURY                    DORAL FINANCIAL                       DORAL FINANCIAL CORP
PO BOX 9024140 SECTION 424-B              PO BOX 9024253                        1451 FD ROOSEVELT AVE
SAN JUAN, PR  00902-4140                  SAN JUAN, PR  00902-4253              SAN JUAN, PR  00920-2717


DORAL FINANCIAL CORP                      DORAL FINANCIAL CORPORATION           DORAL/HF FINANCIAL CORP
ATTN FORECLOSURE & BANKRUPTCY DEPT        SERGIO RAMIREZ DE ARELLANO            CARDONA-JIMENEZ LAW OFFICE
PO BOX 71528                              PO BOX 9024253                        PO BOX 9023593
SAN JUAN PR 00936-8628                    SAN JUAN PR 00902-4253                SAN JUAN, PR 00902-3593


EDUCATIONAL CREDIT MANAGEMENT CORP        EUROBANK                              EUROLEASE A DIVISION OF EUROBANK
7325 BEAUFONT SPRINGS SUITE 200           PO BOX 191009                         PO BOX 1902099
RICHMOND, VA 23225-5546                   HATO REY, PR  00919-1009              SAN JUAN, PR  00919-2099
```

```
EUROLEASE [EUROBANK]              ISLAND FINANCE PR INC            ISLAND FINANCE PUERTO RICO INC
EVA M CORTES ESQ                  PO BOX 195369                    BANKRUPTCY DEPARTMENT
PO BOX 9066285                    SAN JUAN, PR   00919-5369        PO BOX 195369
SAN JUAN, PR   00906-6285                                          SAN JUAN, PR   00919-5369


JC PENNEY COMPANY INC             MUEBLERIAS BERRIOS               MUEBLERIAS BERRIOS
CAPITAL CENTER SOUTH TOWER STE    BRENDA QUINONES ESQ              PO BOX 674
239 ARTERIAL HOSTOS AVE           PO BOX 674                       CIDRA, PR   00739-0674
SAN JUAN, PR 00918-1474           CIDRA, PR 00739-0674


RELIABLE FINANCIAL SERVICES       SALLIE MAE SERVICING             SEARS ROEBUCK DE PR INC
PO BOX 21382                      220 LASLEY AVE                   PO BOX 71204
SAN JUAN, PR   00928-1382         WILKES BARRE, PA 18706-1496      SAN JUAN, PR   00936-7604


UNITED STUDENT AID FUNDS INC      UNIVERSAL INSURANCE CO           ALEJANDRO OLIVERAS RIVERA
SALLIE MAE GUARANTEE SERVICE      PO BOX 9023862                   ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 6180                       SAN JUAN, PR   00902-3862        PO BOX 9024062
INDIANAPOLIS, IN   46206-6180                                      SAN JUAN, PR 00902-4062


ANGEL L. MEDINA ARANA             ANGEL M EGOZCUE                  FEDERAL LITIGATION DEPT. OF JUSTICE
ANGEL EGOZCUE LAW OFFICE          ANGEL M EGOZCUE & ASSOCIATES     PO BOX 9020192
K-8 VIA LAS ALTURAS,LA VISTA      PO BOX 366087                    SAN JUAN, PR 00902-0192
SAN JUAN, PR 00924                SAN JUAN, PR 00936-6087


JORGE L HERNANDEZ COLON           VANELIS ORTIZ MARTINEZ
PMB 1288                          PMB 1288
P O BOX 6400                      P O BOX 6400
CAYEY, PR 00737-6400              CAYEY, PR 00737-6400
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)DORAL FINANCIAL CORPORATION.   (d)RELIABLE FINANCIAL SERVICES INC   (d)ROUNDUP FUNDING, L.L.C.
                                  PO BOX 21382                         MS 550
                                  SAN JUAN, PR   00928-1382            PO Box 91121
                                                                       SEATTLE, WA 98111-9221
```

**End of Label Matrix**
Mailable recipients    46
Bypassed recipients     3
Total                  49